

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00123-CR

| | | |
|---|---|---|
| TROY EDWARD KARR, Appellant | § | On Appeal from 415th District Court |
| | § | of Parker County (CR18-1028) |
| V. | § | November 10, 2021 |
| THE STATE OF TEXAS | § | Memorandum Opinion by Chief Justice Sudderth |
| | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
    Chief Justice Bonnie Sudderth